ber 16, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. P. Pujo* for the petitioners. No appearance for the respondents.

---

No. 839. CHARLOTTE CASSIDY, PETITIONER, *v.* SILVER KING COALITION MINES COMPANY. December 16, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John A. Shelton* for the petitioner. No appearance for the respondent.

---

No. 856. FLORENCE A. HARPER, PETITIONER, *v.* LOUIS L. TAYLOR. December 16, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James H. Vahey* for the petitioner. *Mr. Lewis Miles* for the respondents.

---

No. 872. WILLIAM W. WISHART, ETC., PETITIONERS, *v.* SUPREME COUNCIL OF THE ROYAL ARCANUM. December 16, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. A. S. Worthingtom* and *Mr. J. Roy Dickie* for the petitioners. *Mr. Joseph A. Langfitt* for the respondent.

---

No. 845. C. E. MITCHELL, PETITIONER, *v.* THE UNITED STATES. December 23, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for